PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00297-JLT-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JOSE ADAN CHAIDEZ OJEDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on 12/2/2024.

2. By this stipulation, defendant now moves to continue sentencing to 2/24/2025. Defense counsel needs additional time to prepare potential objections to the PSR and prepare for sentencing.

3. The government does not object to a continuance

4. No time exclusion is required as the matter is set for sentencing.

IT IS SO STIPULATED.

Date: November 7, 2024　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Antonio J. Pataca
　　　　　　　　　　　　　　　　　　　　　　ANTONIO J. PATACA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Date: November 7, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Patrick Aguirre
　　　　　　　　　　　　　　　　　　　　　　PATRICK AGUIRRE
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　JOSE ADAN CHAIDEZ OJEDA

**ORDER**

IT IS SO ORDERED.

　　Dated:　**November 7, 2024**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE