PATRICK S. AGUIRRE, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
1107 R. ST.
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: 562) 683-2180

Attorney for Defendant,
Jose Adan Chaidez Ojeda

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-CR-00297-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |
| Jose Adan Chaidez Ojeda, | |
| Defendant. | |

On October 28, 2022, Defendant Jose Adan Chaidez was charged by way of complaint. CJA Panel Attorney Patrick Aguirre was appointed as trial counsel to represent Mr. Ojeda in his criminal case. Mr. Ojeda was sentenced pursuant to a plea agreement on February 24, 2024. No direct appeal was filed. The trial phase of Mr. Ojeda' case has ended. Having completed his representation of Mr. Ojeda, CJA attorney Patrick Aguirre now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Ojeda require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1 | Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2 | free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

3 | Dated:  April 10, 2025                               Respectfully submitted,

/s/ P. Ce~
Patrick S. Aguirre, Attorney for
Defendant, Jose Adan Chaidez

## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Patrick Aguirre has completed the services for which he was appointed, the Court hereby grants attorney Aguirre's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jose Adan Chaidez Ojeda at the following address[1] and to update the docket to reflect Defendant's pro se status and contact information.

> Jose Adan Chaidez Ojeda
> FCI Fort Dix
> 5756 Hartford & Pointville Road
> Joint Base MDL, MJ 08640

**IT IS SO ORDERED**

Dated: August 13, 2025                               Jennifer L. Thurston
                                                     UNITED STATES DISTRICT JUDGE

---

[1] The Court ordered counsel to provide the defendant's current location and address (Doc. 187). Despite the passage of four months, he did not do so. The Court conducted an inmate locator search and found the defendant's current location.